811 A.2d 565

MOUNT OLIVET TABERNACLE CHURCH, Appellee

v.

EDWIN WIEGAND DIVISION; Emerson
Electric Company, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 21, 2002.

Decided Nov. 13, 2002.

Reargument Denied Dec. 27, 2002.

Maureen Murphy McBride, John J. Cunningham, William
H. Lamb, James C. Sargent, Westchester, for appellants,
Edwin Wiegand Div.; Emerson Elec. Co.

James Michael Beck, Philadelphia, for appellant amicus
curiae, Product Liability Advisory Council, Inc.

Gregory Barton Abeln, Carlisle, for appellant amicus curiae,
Washington Legal Foundation (WLF) and PA Chamber of
Business and Industry.

Margaret S. Woodruff, Philadelphia, for appellant amicus
curiae, Nat. Ass'n of Mfrs.

Gaele M. Barthold, Richard W. Yost, Philadelphia, for ap-
pellee, Mount Olivet Tabernacle Church.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO,
NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

The Order of the Superior Court is affirmed. The Petition for Permission to File Post–Submission Communication in Accordance with Pa.R.A.P. 2501(a) is granted.

Justice EAKIN did not participate in the consideration or decision of this case.